## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Douglas M. Kahler | CHAPTER 13 |
| Lori L. Kahler | |
| Debtor(s) | BKY. NO. 23-12170 PMM |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2021-GS3 and index same on the master mailing list.

                                Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
28 Jul 2023, 13:33:51, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322