**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Douglas M. Kahler<br>Lori L. Kahler<br>     **Debtor(s)** | **Chapter** 13<br><br>**Case No.** 23-12170-PMM<br><br>**Matter:** Motion to Extend Time |

### DEBTOR(S)' MOTION TO EXTEND TIME

AND NOW, come the Debtor(s), Douglas M. Kahler and Lori L. Kahler, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Extend Time and aver as follows:

1.     Debtor(s) filed an emergency Bankruptcy petition on July 21, 2023.

2.     The Chapter 13 Schedules A/B-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Current Monthly Income/Disposable Income, Compensation Statement of Attorney for the Debtor(s), and Chapter 13 Plan are due August 4, 2023.

3.     Debtor(s) will need an additional 14 days to file these documents as they are still in the process of gathering all information to prepare the documents.

4.     This is Debtor(s)' first request for an extension of time.

WHEREFORE, Debtor(s) respectfully request this Honorable Court grant a 14-day extension to August 18, 2023 for Debtor(s) to complete the Chapter 13 Schedules A/B-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Current Monthly Income/Disposable Income, Compensation Statement of Attorney for the Debtor(s), and Chapter 13 Plan.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: August 4, 2023

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Douglas M. Kahler | **Chapter** 13 |
| Lori L. Kahler | |
| **Debtor(s)** | **Case No.** 23-12170-PMM |
| | **Matter:** Motion to Extend Time |

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor(s)' Motion to Extend Time, it IS HEREBY ORDERED that Debtor(s) Motion is GRANTED.  Debtor(s) have until August 18, 2023 to file the Chapter 13 Schedules A/B-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Current Monthly Income/Disposable Income, Compensation Statement of Attorney for the Debtor(s), and Chapter 13 Plan.

Date:

_____
Patricia J. Mayer, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Douglas M. Kahler<br>Lori L. Kahler<br>      **Debtor(s)** | **Chapter** 13<br><br>**Case No.** 23-12170-PMM<br><br>**Matter:** Motion to Extend Time |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, August 4, 2023, I served a true and correct copy of the **Debtor(s)' Motion to Extend Time**

**and proposed Order** in this proceeding via electronic means upon the following:

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 Saint Lawrence Avenue
PO Box 4010
Reading, PA 19606

Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire