In re: Debtor**S**

| | |
|---|---|
| Douglas M. Kahler<br>Lori L. Kahler<br>**Debtors.** | **Chapter** 13<br><br>**Case No.** 23-12170-PMM |

## ORDER OF COURT

UPON CONSIDERATION of the Debtor(s)' Motion to Extend Time, it IS HEREBY ORDERED that Debtor(s) Motion is GRANTED.  Debtor(s) have until August 17, 2023 to file the Chapter 13 Schedules A/B-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Current Monthly Income/Disposable Income, Compensation Statement of Attorney for the Debtor(s), and Chapter 13 Plan.

Date: 8/7/23

*Patricia M. Mayer*

Patricia J. Mayer, Judge
United States Bankruptcy Court