Office Mailing Address:                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                           P.O. Box 680
Reading, PA  19606                                             Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 23-12170-PMM**

Douglas M. Kahler                                    Petition Filed Date: 07/21/2023
Lori L. Kahler                                       341 Hearing Date: 01/01/1900
1553 Manor Boulevard                                 Confirmation Date:
Lancaster  PA     17603

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $502.27 | $0.00 | $0.00 |
| 2 | REVCO SOLUTIONS INC<br>»» 002 | Unsecured Creditors | $1,622.93 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $0.00 | | |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.