*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br>    Douglas M. Kahler <br> <br>    Lori L. Kahler <br> <br>    Debtor(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 23–12170–pmm <br> <br> <br> Chapter: 13 |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated August 7, 2023, this case is hereby DISMISSED.

**Date: August 18, 2023**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Statistical Summary of Certain Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2