United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 23-12170-pmm

Douglas M. Kahler                                                                                  Chapter 13

Lori L. Kahler

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2023 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas M. Kahler, Lori L. Kahler, 1553 Manor Boulevard, Lancaster, PA 17603-7105 |
| 14800865 | + | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 14805580 | + | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR, SUITE 114, INDIANAPOLIS, IN 46240-3813 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 18 2023 23:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2023 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14800864 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 18 2023 23:28:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 14804390 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2023 23:39:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14804078 | + | Email/Text: RASEBN@raslg.com | Aug 18 2023 23:28:00 | Legacy Mortgage Asset Trust 2021-GS3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-5094 |
| 14803165 | ^ | MEBN | Aug 18 2023 23:27:00 | Legacy Mortgage Asset Trust 2021-GS3, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14800866 | | Email/PDF: rmscedi@recoverycorp.com | Aug 18 2023 23:39:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800867 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 18 2023 23:39:42 | Regional Acceptance Company, PO Box 1487, Wilson, NC 27894-1487 |
| 14800868 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 18 2023 23:28:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14800869 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 18 2023 23:28:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Legacy Mortgage Asset Trust 2021-GS3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Aug 18, 2023 Form ID: pdf900 Total Noticed: 13

30004-5094

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:**

**Name**            **Email Address**

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mfarrington@kmllawgroup.com

PAUL DONALD MURPHY-AHLES
    on behalf of Joint Debtor Lori L. Kahler pmurphy@dplglaw.com kgreene@dplglaw.com

PAUL DONALD MURPHY-AHLES
    on behalf of Debtor Douglas M. Kahler pmurphy@dplglaw.com kgreene@dplglaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Douglas M. Kahler<br><br>    Lori L. Kahler<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−12170−pmm<br><br>Chapter: 13 |

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated August 7, 2023, this case is hereby DISMISSED.

**Date: August 18, 2023**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Statistical Summary of Certain Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2