**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Douglas M. Kahler
Lori L. Kahler
      **Debtor(s)**

**Chapter** 13

**Case No.** 23-12170-PMM

**Matter:** Motion to Reconsider Dismissal of Case

## CERTIFICATE OF NO RESPONSE

I, Paul D. Murphy-Ahles, Esquire, Attorney for Debtor(s), hereby certify that I have received no response to the Motion to Reconsider Dismissal of Case, which was filed August 25, 2023 at Document No. 16.  I respectfully request this Honorable Court approve the Motion without a hearing.

Date: September 11, 2023

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*