**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Douglas M. Kahler<br>Lori L. Kahler<br>**Debtor(s)** | **Chapter** 13<br><br>**Case No.** 23-12170-PMM<br><br>**Matter:** Motion to Reconsider Dismissal of Case |

### ORDER OF COURT

UPON CONSIDERATION of the Debtor's Motion to Reconsider Dismissal of Case, IT IS ORDERED that the Court's Order of August 18, 2023 IS HEREBY VACATED and the case is HEREBY REINSTATED.

IT IS FURTHER ORDERED that: (1) the deadline for claims is HEREBY EXTENDED for an additional 27 days from the original September 29, 2023 deadline;(2) the deadline for governmental claims is HEREBY EXTENDED for an additional 27 days from the original January 17, 2024 deadline; and (3) Debtor(s) will serve a copy of this Order of Court upon creditors as listed in the mailing matrix, and a Certificate of Service shall be filed upon the docket reflecting the same.

Date: **September 12, 2023**

_Patricia M. Mayer_
Patricia M. Mayer, Bankruptcy Judge