**Fill in this information to identify your case:**

Debtor 1  Douglas M. Kahler
           First Name      Middle Name      Last Name

Debtor 2  Lori L. Kahler
(Spouse if, filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number  23-12170-PMM
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules             12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Douglas M. Kahler                              X  /s/ Lori L. Kahler
   Douglas M. Kahler                                     Lori L. Kahler
   Signature of Debtor 1                                 Signature of Debtor 2

   Date  September 12, 2023                              Date  September 12, 2023

Official Form 106Dec              **Declaration About an Individual Debtor's Schedules**