**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Douglas M. Kahler<br>Lori L. Kahler<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 23-12170-PMM<br><br>**Matter:** Motion to Reconsider Dismissal of Case |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, September 13, 2023, I served a true and correct copy of the **Order of Court dated September 12, 2023** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire