United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12170-pmm |
| Douglas M. Kahler | Chapter 13 |
| Lori L. Kahler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas M. Kahler, Lori L. Kahler, 1553 Manor Boulevard, Lancaster, PA 17603-7105 |
| 14800865 | + | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 14805580 | + | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR, SUITE 114, INDIANAPOLIS, IN 46240-3813 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 12 2023 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 12 2023 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14800864 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 12 2023 23:58:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 14804390 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 00:31:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14804078 | + | Email/Text: RASEBN@raslg.com | Sep 12 2023 23:58:00 | Legacy Mortgage Asset Trust 2021-GS3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14803165 | ^ | MEBN | Sep 12 2023 23:47:00 | Legacy Mortgage Asset Trust 2021-GS3, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14800865 | ^ | MEBN | Sep 12 2023 23:46:53 | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 14800866 | | Email/PDF: rmscedi@recoverycorp.com | Sep 13 2023 00:08:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14800867 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 13 2023 00:30:59 | Regional Acceptance Company, PO Box 1487, Wilson, NC 27894-1487 |
| 14800868 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 12 2023 23:58:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14800869 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 12 2023 23:58:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 13 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Legacy Mortgage Asset Trust 2021-GS3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mfarrington@kmllawgroup.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Joint Debtor Lori L. Kahler pmurphy@dplglaw.com  kgreene@dplglaw.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Debtor Douglas M. Kahler pmurphy@dplglaw.com  kgreene@dplglaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Douglas M. Kahler<br>Lori L. Kahler<br>**Debtor(s)** | **Chapter** 13<br><br>**Case No.** 23-12170-PMM<br><br>**Matter:** Motion to Reconsider Dismissal of Case |

### ORDER OF COURT

UPON CONSIDERATION of the Debtor's Motion to Reconsider Dismissal of Case, IT IS ORDERED that the Court's Order of August 18, 2023 IS HEREBY VACATED and the case is HEREBY REINSTATED.

IT IS FURTHER ORDERED that: (1) the deadline for claims is HEREBY EXTENDED for an additional 27 days from the original September 29, 2023 deadline;(2) the deadline for governmental claims is HEREBY EXTENDED for an additional 27 days from the original January 17, 2024 deadline; and (3) Debtor(s) will serve a copy of this Order of Court upon creditors as listed in the mailing matrix, and a Certificate of Service shall be filed upon the docket reflecting the same.

Date: **September 12, 2023**

*Patricia M. Mayer*
Patricia M. Mayer, Bankruptcy Judge