UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

In re:

**Douglas M. Kahler**
    Debtor

**Lori L. Kahler**
    Joint Debtor

**Legacy Mortgage Asset Trust 2021-GS3**

    Movant

v.

**Douglas M. Kahler**

**Lori L. Kahler**
    Debtor/Respondent

**SCOTT F. WATERMAN, Esquire**
    Trustee/Respondent

Bankruptcy No. 23-12170-pmm

Chapter 13

## ORDER OF COURT

AND NOW, this 19th day of December, 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge