UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Douglas M. Kahler<br>　　Lori L. Kahler<br><br>　　　　　　Debtors | Chapter 13<br>Bankruptcy No.23-12170-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 3rd day of January, 2024, by first class mail upon those listed below:


Douglas M. Kahler
Lori L. Kahler
1553 Manor Boulevard
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

PAUL D. MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011

　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee