United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Douglas M. Kahler  
Lori L. Kahler  
    Debtors

Case No. 23-12170-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: May 16, 2024      Form ID: 155      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas M. Kahler, Lori L. Kahler, 1553 Manor Boulevard, Lancaster, PA 17603-7105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14800864 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 17 2024 00:20:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 14819169 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2024 00:21:00 | LEGACY MORTGAGE ASSET TRUST 2021-GS3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14804390 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:13:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14804078 | + | Email/Text: RASEBN@raslg.com | May 17 2024 00:11:00 | Legacy Mortgage Asset Trust 2021-GS3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14803165 | ^ | MEBN | May 17 2024 00:06:01 | Legacy Mortgage Asset Trust 2021-GS3, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14817772 | + | Email/PDF: cbp@omf.com | May 17 2024 01:40:02 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14800865 | ^ | MEBN | May 17 2024 00:05:52 | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 14800866 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2024 00:13:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805580 | + | Email/Text: shari.stephenson@revcosolutions.com | May 17 2024 00:12:00 | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR, SUITE 114, INDIANAPOLIS, IN 46240-3813 |
| 14800867 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 17 2024 01:40:06 | Regional Acceptance Company, PO Box 1487, Wilson, NC 27894-1487 |
| 14800868 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2024 00:21:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14816110 | + | Email/Text: bankruptcy@bbandt.com | May 17 2024 00:12:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14816294 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2024 00:24:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14800869 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2024 00:11:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 15
TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

**Name** — **Email Address**

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 mimcgowan@raslg.com

PAUL DONALD MURPHY-AHLES
    on behalf of Joint Debtor Lori L. Kahler pmurphy@dplglaw.com kgreene@dplglaw.com

PAUL DONALD MURPHY-AHLES
    on behalf of Debtor Douglas M. Kahler pmurphy@dplglaw.com kgreene@dplglaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Douglas M. Kahler                                     Case No. 23−12170−pmm

   Lori L. Kahler                                              Chapter: 13

   Debtor(s).

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 16, 2024                                                                                                   For The Court

                                                                                                                        Patricia M. Mayer
                                                                                                                        Judge, United States Bankruptcy Court