Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-12170-PMM**

Douglas M. Kahler  
Lori L. Kahler  
1553 Manor Boulevard  
Lancaster PA   17603

Petition Filed Date: 07/21/2023  
341 Hearing Date: 10/31/2023  
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/18/2023 | $261.00 | 19571937434 | 11/21/2023 | $391.00 | 19595278427 | 12/19/2023 | $391.00 | 29020082027 |
| 01/17/2024 | $391.00 | 19613033339 | 02/16/2024 | $391.00 | 29020083750 | 03/19/2024 | $406.00 | 29020085932 |
| 04/16/2024 | $406.00 | 19626124199 | 05/20/2024 | $406.00 | 19649574934 | 06/21/2024 | $406.00 | 19641090635 |
| 07/18/2024 | $406.00 | 29431150187 | | | | | | |

**Total Receipts for the Period: $3,855.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,261.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $502.27 | $0.00 | $502.27 |
| 2 | REVCO SOLUTIONS INC<br>»» 002 | Unsecured Creditors | $1,622.93 | $0.00 | $1,622.93 |
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $4,207.00 | $3,469.50 | $737.50 |
| 3 | TRUIST BANK - DDA RECOVERY<br>»» 003 | Unsecured Creditors | $266.00 | $0.00 | $266.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $4,635.18 | $0.00 | $4,635.18 |
| 5 | REGIONAL ACCEPTANCE CORP<br>»» 005 | Unsecured Creditors | $2,616.16 | $0.00 | $2,616.16 |
| 6 | TRUIST BANK - DDA RECOVERY<br>»» 006 | Unsecured Creditors | $170.05 | $0.00 | $170.05 |
| 7 | ONE MAIN FINANCIAL GROUP LLC<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ONE MAIN FINANCIAL GROUP LLC<br>»» 07U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $6,967.75 | $0.00 | $6,967.75 |
| 10 | CREDIT COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PPL ELECTRIC UTILITIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PRA RECEIVABLES MANAGEMENT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12170-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,261.00 | Current Monthly Payment: | $406.00 |
| Paid to Claims: | $3,469.50 | Arrearages: | ($406.00) |
| Paid to Trustee: | $426.10 | Total Plan Base: | $23,749.00 |
| Funds on Hand: | $365.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.