Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
### Chapter 13 Case No. 23-12170-PMM

Douglas M. Kahler  
Lori L. Kahler  
1553 Manor Boulevard  
Lancaster  PA  17603

Petition Filed Date: 07/21/2023  
341 Hearing Date: 10/31/2023  
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $406.00 | 19592894629 | 09/18/2024 | $406.00 | 29431163564 | 10/22/2024 | $406.00 | 29404416644 |
| 11/20/2024 | $406.00 | 29547146586 | 12/26/2024 | $406.00 | 19134975752 | 01/23/2025 | $406.00 | 29547148961 |
| 02/24/2025 | $406.00 | 19702492886 | 03/21/2025 | $406.00 | 19704768475 | 04/23/2025 | $406.00 | 28193976034 |
| 06/24/2025 | $406.00 | | 07/14/2025 | $406.00 | | | | |

**Total Receipts for the Period: $4,466.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,321.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $502.27 | $0.00 | $502.27 |
| 2 | REVCO SOLUTIONS INC »» 002 | Unsecured Creditors | $1,622.93 | $0.00 | $1,622.93 |
| 0 | PAUL D. MURPHY-AHLES ESQUIRE | Attorney Fees | $4,207.00 | $4,207.00 | $0.00 |
| 3 | TRUIST BANK - DDA RECOVERY »» 003 | Unsecured Creditors | $266.00 | $0.00 | $266.00 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $4,635.18 | $0.00 | $4,635.18 |
| 5 | REGIONAL ACCEPTANCE CORP »» 005 | Unsecured Creditors | $2,616.16 | $0.00 | $2,616.16 |
| 6 | TRUIST BANK - DDA RECOVERY »» 006 | Unsecured Creditors | $170.05 | $0.00 | $170.05 |
| 7 | ONE MAIN FINANCIAL GROUP LLC »» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ONE MAIN FINANCIAL GROUP LLC »» 07U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING INC »» 008 | Mortgage Arrears | $6,967.75 | $3,361.07 | $3,606.68 |
| 10 | CREDIT COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PPL ELECTRIC UTILITIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PRA RECEIVABLES MANAGEMENT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-12170-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,321.00 | Current Monthly Payment: | $406.00 |
| Paid to Claims: | $7,568.07 | Arrearages: | $406.00 |
| Paid to Trustee: | $752.93 | Total Plan Base: | $23,749.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.