Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Douglas M. Kahler
Lori L. Kahler
1553 Manor Boulevard
Lancaster, PA 17603

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12170-PMM**

Petition Filed Date: 07/21/2023
341 Hearing Date: 10/31/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $406.00 | | 09/30/2025 | $406.00 | | 11/03/2025 | $408.99 | |
| 12/02/2025 | $406.00 | | 01/07/2026 | $406.00 | | 02/09/2026 | $408.00 | |
| 03/10/2026 | $406.00 | | 04/13/2026 | $408.00 | | 05/11/2026 | $406.00 | |
| 06/11/2026 | $406.00 | | 07/09/2026 | $408.99 | | | | |

**Total Receipts for the Period: $4,475.98 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $12,796.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $502.27 | $27.77 | $474.50 |
| 2 | REVCO SOLUTIONS INC<br>»» 002 | Unsecured Creditors | $1,622.93 | $89.73 | $1,533.20 |
| 0 | PAUL D. MURPHY-AHLES ESQUIRE | Attorney Fees | $4,207.00 | $4,207.00 | $0.00 |
| 3 | TRUIST BANK - DDA RECOVERY<br>»» 003 | Unsecured Creditors | $266.00 | $0.00 | $266.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $4,635.18 | $256.27 | $4,378.91 |
| 5 | REGIONAL ACCEPTANCE CORP<br>»» 005 | Unsecured Creditors | $2,616.16 | $144.65 | $2,471.51 |
| 6 | TRUIST BANK - DDA RECOVERY<br>»» 006 | Unsecured Creditors | $170.05 | $0.00 | $170.05 |
| 7 | ONEMAIN FINANCIAL GROUP LLC<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ONEMAIN FINANCIAL GROUP LLC<br>»» 07U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | SELENE FINANCE LP<br>»» 008 | Mortgage Arrears | $6,967.75 | $6,967.75 | $0.00 |
| 10 | CREDIT COLLECTION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PPL ELECTRIC UTILITIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PRA RECEIVABLES MANAGEMENT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12170-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,796.98 | Current Monthly Payment: | $406.00 |
| Paid to Claims: | $11,693.17 | Arrearages: | $802.02 |
| Paid to Trustee: | $1,079.71 | Total Plan Base: | $23,749.00 |
| Funds on Hand: | $24.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.