**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Douglas M. Kahler,**<br>**Debtor,**<br><br>**Lori L. Kahler,**<br>**Joint Debtor,**<br><br>**Selene Finance, LP as servicing agent for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST**<br>**Movant,**<br>**v.**<br>**Douglas M. Kahler,**<br>**Lori L. Kahler,**<br>**Debtors/Respondent**<br><br>**Scott Waternman,**<br>**Trustee/Respondent** | **Bankruptcy No. 23-12170-pmm**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this 15th day of October, 2026, upon consideration of Selene Finance, LP as servicing agent for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to Selene Finance, LP as servicing agent for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST; and it is further

ORDERED, that Selene Finance, LP as servicing agent for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 1553 Manor Blvd Lancaster, PA 17603, including without limitation a sheriff's sale of the property; and it is further

ORDERED that the Chapter 13 Trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or Order to the contrary, Movant must return to the Trustee any payments received from the Trustee on account of Movant's secured claim after entry of this Order.

**BY THE COURT**



**Date: October 15, 2026**

**HON. Patricia M. Mayer**
**U.S. Bankruptcy Court Judge**